REGINA MARGARETEN, Appellant, *v.* LENA H. MARGARETEN, as Administratrix with the Will Annexed of the Estate of JACOB MARGARETEN, Deceased, Respondent, et al., Defendants.

Submitted June 3, 1946; decided July 23, 1946.

*Frederick Hemley* for appellant.

*Arthur A. Beaudry* and *Emanuel M. Margareten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part, DYE, J.